IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Harry E. Hamilton, :
                Appellant :
 :
      v. : No. 2705 C.D. 2015
 :
Commonwealth of Pennsylvania, :
Department of Transportation, :
Bureau of Driver Licensing :

## **O R D E R**

NOW, July 11, 2017, having considered appellant's application for reconsideration, the application is denied.

 

                MARY HANNAH LEAVITT,
                President Judge